CLEMENT ROBERTS (CSBA # 209203)
DANIEL S. GUERRA (CSBA # 267559)
KOUROSH JAHANSOUZ (CSBA # 292559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759
croberts@orrick.com
dguerra@orrick.com
kjahansouz@orrick.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, U.S. Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE; WILBUR ROSS, U.S. Secretary of Commerce; and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 4:19-cv-06812-JST<br><br>Related Cases:  No. 4:19-cv-06013-JST<br>                               No. 4:19-cv-06812-JST<br><br>**ALDF'S STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE (ECF NO. 35)** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Civil L.R. 7-3(b), Plaintiff Animal Legal Defense Fund submits this statement of non-opposition to the motion to intervene filed by the States of Alabama, Alaska, Arizona *ex rel.* the Arizona Game and Fish Commission, Arkansas, Idaho, Kansas, Missouri, Montana, Nebraska, North Dakota, Utah, West Virginia, and Wyoming. ECF No. 35.

Dated: January 21, 2020                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Clement Roberts*
CLEMENT ROBERTS (CSBA # 209203)
DANIEL S. GUERRA (CSBA # 267559)
KOUROSH JAHANSOUZ (CSBA # 292559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759
croberts@orrick.com
dguerra@orrick.com
kjahansouz@orrick.com

*Attorneys for Plaintiff*
*ANIMAL LEGAL DEFENSE FUND*