1  CHRISTOPHER J. CARR (SBN 184076)
   Chris.Carr@BakerBotts.com
2  NAVI SINGH DHILLON (SBN 279537)
   Navi.Dhillon@BakerBotts.com
3  BAKER BOTTS LLP
   101 California Street, Suite 3600
4  San Francisco, California 94111
   Telephone:   (415) 291-6200
5
6
   SCOTT A. KELLER (*pro hac vice*)
7  Scott.Keller@BakerBotts.com
   BAKER BOTTS LLP
8  700 K Street NW
   Washington, DC 20001
9  Telephone:   (202) 639-7700
10
   Attorneys for Industry Intervenors
11 AMERICAN FARM BUREAU FEDERATION; AMERICAN
   FOREST RESOURCE COUNCIL; AMERICAN PETROLEUM
12 INSTITUTE; FEDERAL FOREST RESOURCE COALITION;
   NATIONAL ALLIANCE OF FOREST OWNERS; NATIONAL
13 ASSOCIATION OF HOME BUILDERS; NATIONAL
   CATTLEMEN'S BEEF ASSOCIATION; and PUBLIC LANDS
14 COUNCIL
15
16                   UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA
18                        OAKLAND DIVISION
19
20 ANIMAL LEGAL DEFENSE FUND,          Case No. 4:19-cv-06812-JST

21              Plaintiff,              Related Case:  No. 4:19-cv-05206-JST
                                        Related Case:  No. 4:19-cv-06013-JST
22        v.
                                        **INDUSTRY INTERVENORS' ANSWER TO**
23 DAVID BERNHARDT, U.S. Secretary of the  **PLAINTIFF'S FIRST AMENDED**
   Interior, et al.,                    **COMPLAINT FOR DECLARATORY AND**
24                                       **INJUNCTIVE RELIEF**
                Defendants.
25                                       Judge:       Hon. Jon S. Tigar
26
27
28

_____
INDUSTRY INTERVENORS' ANSWER TO                        CASE NO. 4:19-CV-06812-JST
FIRST AMENDED COMPLAINT

**ANSWER TO FIRST AMENDED COMPLAINT**

American Farm Bureau Federation, American Forest Resource Council, American Petroleum Institute, Federal Forest Resource Coalition, National Alliance of Forest Owners, National Association of Home Builders, National Cattlemen's Beef Association, and Public Lands Council (collectively, "Industry Intervenors") answer the allegations in the First Amended Complaint filed by Plaintiff Animal Legal Defense Fund as follows:

1.      In response to Paragraph 1, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

2.      In response to Paragraph 2, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.   As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

3.      In response to Paragraph 3, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.

4.      In response to Paragraph 4, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

5.      In response to Paragraph 5, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

6.      In response to Paragraph 6, to the extent the allegations in this Paragraph seek to

characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

7.      In response to Paragraph 7, this Paragraph contains legal conclusions to which no response is required.

8.      In response to Paragraph 8, Industry Intervenors admit that Plaintiff seeks this relief, but denies that Plaintiff is entitled to such relief, or any relief whatsoever.

9.      In response to Paragraph 9, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

10.      In response to Paragraph 10, this Paragraph contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

11.      In response to Paragraph 11, this Paragraph contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

12.      In response to Paragraph 12, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

13.      In response to Paragraph 13, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

14.      In response to Paragraph 14 and Footnote 1, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

15.      In response to Paragraph 15, the Industry Intervenors lack sufficient information and

belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

16.     In response to Paragraph 16, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

17.     In response to Paragraph 17, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations. This Paragraph also contains legal conclusions to which no response is required.

18.     In response to Paragraph 18, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations. This Paragraph also contains legal conclusions to which no response is required.

19.     In response to Paragraph 19, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

20.     In response to Paragraph 20, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

21.     In response to Paragraph 21, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations. This Paragraph also contains legal conclusions to which no response is required.

22.     In response to Paragraph 22, this Paragraph contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

23.     In response to Paragraph 23 and Footnote 2, this Paragraph contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

24.     In response to Paragraph 24, the Industry Intervenors admit that at the time of the filing of the First Amended Complaint, David Bernhardt was United States Secretary of the Interior.  The remainder of the allegations in this Paragraph constitute legal conclusions to which no response is required.

25.     In response to Paragraph 25, this Paragraph contains legal conclusions to which no response is required.

26.     In response to Paragraph 26, the Industry Intervenors admit that at the time of the filing of the First Amended Complaint, Wilbur Ross was United States Secretary of Commerce.   The remainder of the allegations in this Paragraph constitute legal conclusions to which no response is required.

27.     In response to Paragraph 27, this Paragraph contains legal conclusions to which no response is required.

28.     In response to Paragraph 28, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

29.     In response to Paragraph 29, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

30.     In response to Paragraph 30, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

31.     In response to Paragraph 31, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

32.     In response to Paragraph 32, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

33.     In response to Paragraph 33, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

34.     In response to Paragraph 34, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

35.     In response to Paragraph 35, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

36.     In response to Paragraph 36, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

37.     In response to Paragraph 37, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

38.     In response to Paragraph 38, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

39.     In response to Paragraph 39, this Paragraph contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

40.     In response to Paragraph 40, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

41.     In response to Paragraph 41, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

42.     In response to Paragraph 42, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

43.     In response to Paragraph 43, this Paragraph contains legal conclusions to which no response is required.  To the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

44.     In response to Paragraph 44, this Paragraph contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

45.     In response to Paragraph 45, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and

belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

46.     In response to Paragraph 46, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

47.     In response to Paragraph 47, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

48.     In response to Paragraph 48, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

49.     In response to Paragraph 49, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

50.     In response to Paragraph 50, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

51.     In response to Paragraph 51, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

52.     In response to Paragraph 52, to the extent the allegations in this Paragraph seek to

characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

53.     In response to Paragraph 53, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

54.     In response to Paragraph 54, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

55.     In response to Paragraph 55, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

56.     In response to Paragraph 56, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

57.     In response to Paragraph 57, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

58.     In response to Paragraph 58, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response

-8-

is required.

59.     In response to Paragraph 59, this Paragraph contains legal conclusions to which no response is required.  To the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

60.     In response to Paragraph 60, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

61.     In response to Paragraph 61, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

62.     In response to Paragraph 62, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

63.     In response to Paragraph 63, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

64.     In response to Paragraph 64, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

-9-

65.     In response to Paragraph 65, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

66.     In response to Paragraph 66, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

67.     In response to Paragraph 67, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

68.     In response to Paragraph 68 and Footnote 3, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

69.     In response to Paragraph 69, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

70.     In response to Paragraph 70, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

71.     In response to Paragraph 71, this Paragraph contains legal conclusions to which no response is required.

72.      In response to Paragraph 72, this Paragraph contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

73.      In response to Paragraph 73, this Paragraph contains legal conclusions to which no response is required.  To the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.

74.      In response to Paragraph 74, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

75.      In response to Paragraph 75, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

76.      In response to Paragraph 76, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

77.      In response to Paragraph 77, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

78.     In response to Paragraph 78, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

79.     In response to Paragraph 79, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

80.     In response to Paragraph 80, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

81.     In response to Paragraph 81, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

82.     In response to Paragraph 82, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

83.     In response to Paragraph 83, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

84.     In response to Paragraph 84, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response

is required.

85.     In response to Paragraph 85, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

86.     In response to Paragraph 86, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

87.     In response to Paragraph 87, this Paragraph contains legal conclusions to which no response is required.  To the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

88.     In response to Paragraph 88, this Paragraph contains legal conclusions to which no response is required.  As to the remaining allegations, the Industry Intervenors lack sufficient information and belief to form an opinion as to the truth of Plaintiff's allegations and, on that basis, deny the allegations.

89.     In response to Paragraph 89, the Industry Intervenors restate their respective answers to Paragraphs 1-88 inclusive and incorporate them herein by reference.

90.     In response to Paragraph 90, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

91.     In response to Paragraph 91, this Paragraph contains legal conclusions to which no response is required.

92.     In response to Paragraph 92, this Paragraph contains legal conclusions to which no response is required.

93.     In response to Paragraph 93, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

94.     In response to Paragraph 94, this Paragraph contains legal conclusions to which no response is required.

95.     In response to Paragraph 95, this Paragraph contains legal conclusions to which no response is required.

96.     In response to Paragraph 96, this Paragraph contains legal conclusions to which no response is required.

97.     In response to Paragraph 97, this Paragraph contains legal conclusions to which no response is required.

98.     In response to Paragraph 98, this Paragraph contains legal conclusions to which no response is required.

99.     In response to Paragraph 99, the Industry Intervenors restate their respective answers to Paragraphs 1-98 inclusive and incorporate them herein by reference.

100.    In response to Paragraph 100, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

101.    In response to Paragraph 101, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

102.    In response to Paragraph 102, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

103.    In response to Paragraph 103, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

104.    In response to Paragraph 104, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

105.    In response to Paragraph 105, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

106.    In response to Paragraph 106, to the extent the allegations in this Paragraph seek to characterize the contents of publicly available documents, those documents speak for themselves and no further response is required.  This Paragraph also contains legal conclusions to which no response is required.

107.    In response to Paragraph 107, this Paragraph contains legal conclusions to which no response is required.

108.    In response to Paragraph 108, this Paragraph contains legal conclusions to which no response is required.

109.    In response to Paragraph 109, this Paragraph contains legal conclusions to which no response is required.

## PLAINTIFF'S PRAYER FOR RELIEF

The final paragraphs of the First Amended Complaint contain Plaintiff's prayers for relief to which no response is required.  To the extent responses may be required, the Industry Intervenors deny the allegations set forth therein, and deny that Plaintiff is entitled to the relief it seeks.

## GENERAL DENIAL

The Industry Intervenors deny each and every allegation of the First Amended Complaint not

-15-

expressly admitted or qualified herein.

## THE INDUSTRY INTERVENORS' DEFENSES

Without admitting any of the allegations of the First Amended Complaint, and without admitting or acknowledging that the Industry Intervenors have any burden to prove any of the following allegations, the Industry Intervenors allege the following as separate and independent affirmative defenses as to all claims and claims for relief asserted by Plaintiff.

### FIRST DEFENSE
### (Failure to State a Claim)

The First Amended Complaint, and each claim presented therein, fails to state facts sufficient to constitute a plausible claim for which relief may be granted.

### SECOND DEFENSE
### (Failure to Exhaust Administrative and Judicial Remedies)

The claims asserted in the First Amended Complaint are barred by Plaintiff's failure to exhaust administrative and judicial remedies, including pursuant to 5 U.S.C. § 706, prior to initiating this litigation.

### THIRD DEFENSE
### (Standing)

Plaintiff lacks standing to bring this action, including under the U.S. Constitution and 5 U.S.C. § 702.

### FOURTH DEFENSE
### (Lack of Subject Matter Jurisdiction)

The Court lacks subject matter jurisdiction over some or all of the matters alleged in the First Amended Complaint.

### FIFTH DEFENSE
### (Additional Defenses)

The Industry Intervenors have not knowingly or voluntarily waived any applicable affirmative defenses and reserves the right to assert and rely on such other applicable affirmative defenses as may become available or apparent during subsequent proceedings.  The Industry Intervenors reserve the right to amend their answer to add or delete affirmative defenses.

-16-

1

**PRAYER FOR RELIEF**

2          Wherefore, the Industry Intervenors pray for judgment as follows:

3          1.     That judgment be entered in favor of the Industry Intervenors and the Federal

4    Government and against Plaintiff with respect to each claim pleaded in the First Amended Complaint

5    and that this action be dismissed with prejudice;

6          2.     That Plaintiff take nothing by reason of the First Amended Complaint;

7          3.     That the Industry Intervenors be awarded their costs, disbursements, expenses, and

8    attorneys' fees in this proceeding; and

9          4.     That the Court award the Industry Intervenors any other relief as it deems just and

10   proper.

11
    Dated:  June 22, 2020                    BAKER BOTTS LLP
12

13                                           /s/ Christopher J. Carr
                                             CHRISTOPHER J. CARR
14
                                             Counsel for Industry Intervenors
15                                           AMERICAN FARM BUREAU FEDERATION,
                                             AMERICAN FOREST RESOURCE COUNCIL,
16                                           AMERICAN PETROLEUM INSTITUTE,
                                             FEDERAL FOREST RESOURCE COALITION,
17                                           NATIONAL ALLIANCE OF FOREST OWNERS,
                                             NATIONAL ASSOCIATION OF HOME
18                                           BUILDERS, NATIONAL CATTLEMEN'S BEEF
                                             ASSOCIATION, and PUBLIC LANDS COUNCIL
19

20

21

22

23

24

25

26

27

28

INDUSTRY INTERVENORS' ANSWER TO                    CASE NO. 4:19-CV-06812-JST
FIRST AMENDED COMPLAINT