STEVE MARSHALL
*Attorney General of Alabama*
Edmund G. LaCour Jr. (*pro hac vice*)
*Solicitor General*
James W. Davis (*pro hac vice*)
*Deputy Attorney General*
A. Barrett Bowdre (*pro hac vice*)
*Deputy Solicitor General*
OFFICE OF THE ALABAMA ATTORNEY GENERAL
   501 Washington Ave.
   P.O. Box 300152
   Montgomery, AL 36130
   Telephone: (334) 353-2196
   Fax: (334) 353-8400
   E-mail: edmund.lacour@AlabamaAG.gov
          jim.davis@AlabamaAG.gov
          barrett.bowdre@AlabamaAG.gov

*Counsel for Defendant-Intervenor State of Alabama*

Paul Beard II (SBN 210563)
FISHER BROYLES LLP
   5670 Wilshire Blvd., Ste. 1800
   Los Angeles, CA 90036-5653
   Telephone: (818) 216-3988
   Fax: (213) 402-5034
   E-mail:
   paul.beard@fisherbroyles.com

*Counsel for Intervening States*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.*, | Case No. 4:19-cv-06812 |
| Plaintiffs, | Related Cases: No. 4:19-cv-06013-JST |
| v. | No. 4:19-cv-05206-JST |
| DEB HAALAND, U.S. Secretary of the Interior, *et al.*, | **STATE DEFENDANT-INTERVENORS' NOTICE OF APPEAL** |
| Defendants, | |
| and | |
| STATE OF ALABAMA, *et al.*, | |
| Defendant-Intervenors. | |

# **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the State Defendant-Intervenors—the States of Alabama, Alaska, Arizona ex rel. Arizona Game and Fish Commission, Arkansas, Idaho, Kansas, Missouri, Montana, Nebraska, North Dakota, Utah, West Virginia, and Wyoming—hereby appeal to the United States Court of Appeals for the Ninth Circuit from (1) this Court's Order Granting Motion to Remand and Vacating Challenged Regulations, ECF 131, entered on July 5, 2022; and (2) this Court's Final Judgment, ECF 132, entered on July 5, 2022. A representation statement is attached.

In compliance with Local Rule 5-1, the filer of this document attests that all signatories listed have concurred in the filing of this document.

Respectfully submitted this 21st day of July, 2022.

STEVE MARSHALL
Attorney General of Alabama

s/ A. Barrett Bowdre
Edmund G. LaCour Jr. (*pro hac vice*)
*Solicitor General*
James W. Davis (*pro hac vice*)
*Deputy Attorney General*
A. Barrett Bowdre (*pro hac vice*)
*Deputy Solicitor General*
OFFICE OF THE ALABAMA ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
Telephone: (334) 353-2196
Fax: (334) 353-8400
E-mail: edmund.lacour@AlabamaAG.gov
jim.davis@AlabamaAG.gov
barrett.bowdre@AlabamaAG.gov

*Counsel for Defendant-Intervenor State of Alabama*

MARK BRNOVICH
Attorney General of Arizona

s/ L. John LeSueur
L. John LeSueur (*pro hac vice*)
*Assistant Attorney General*
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-0640
E-mail: John.LeSueur@azag.gov

*Counsel for Defendant-Intervenor State of Arizona ex rel. Ariz. Game & Fish Commission*

DEREK SCHMIDT
Attorney General of Kansas

s/ Jeffrey A. Chanay
Jeffrey A. Chanay (*pro hac vice*)
*Chief Deputy Attorney General*
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW Tenth Avenue
Topeka, KS 66612-1597
Telephone: (785) 296-2215
Fax: (785) 291-3767
E-mail: jeff.chanay@ag.ks.gov

*Counsel for Defendant-Intervenor State of Kansas*

s/ Paul Beard II
Paul Beard II (SBN 210563)
FISHER BROYLES LLP
5670 Wilshire Blvd., Ste. 1800
Los Angeles, CA 90036-5653
Telephone: (818) 216-3988
Fax: (213) 402-5034
E-mail: paul.beard@fisherbroyles.com

*Counsel for Intervening States*

AUSTIN KNUDSEN
Attorney General of Montana

s/ David Dewhirst
David Dewhirst (*pro hac vice*)
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 N. Sanders St., P.O. Box 201401
Helena, MT 59620-1401
Telephone: (406) 444-3602
Fax: (406) 444-2026
E-mail: david.dewhirst@mt.gov

*Counsel for Defendant-Intervenor State of Montana*

DOUGLAS J. PETERSON
Attorney General of Nebraska

s/ Justin D. Lavene
Justin D. Lavene (*pro hac vice*)
*Assistant Attorney General*
Carlton Wiggam (*pro hac vice*)
*Assistant Attorney General*
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-2682
E-mail: justin.lavene@nebraska.gov
carlton.wiggam@nebraska.gov

*Counsel for Defendant-Intervenor State of Nebraska*

[Additional counsel listed on next page]

| | |
|---|---|
| TREG. R. TAYLOR<br>Attorney General of Alaska | DREW H. WRIGLEY<br>Attorney General of North Dakota |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | SEAN D. REYES<br>Attorney General of Utah |
| LAWRENCE G. WASDEN<br>Attorney General of Idaho | PATRICK MORRISEY<br>Attorney General of West Virginia |
| ERIC S. SCHMITT<br>Attorney General of Missouri | BRIDGET HILL<br>Attorney General of Wyoming |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, State Defendant-Intervenors—the States of Alabama, Alaska, Arizona ex rel. Arizona Game & Fish Commission, Arkansas, Idaho, Kansas, Missouri, Montana, Nebraska, North Dakota, Utah, West Virginia, and Wyoming—hereby submit the following representation statement:

State Defendant-Intervenors are represented by:

| | |
|---|---|
| Edmund G. LaCour Jr.<br>*Solicitor General*<br>James W. Davis<br>*Deputy Attorney General*<br>A. Barrett Bowdre<br>*Deputy Solicitor General*<br>OFFICE OF THE ALABAMA ATTORNEY GENERAL<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130<br>Telephone: (334) 353-2196<br>Fax: (334) 353-8400<br>E-mail: edmund.lacour@AlabamaAG.gov<br>          jim.davis@AlabamaAG.gov<br>          barrett.bowdre@AlabamaAG.gov<br><br>*Counsel for Defendant-Intervenor State of Alabama* | Paul Beard II<br>FISHER BROYLES LLP<br>5670 Wilshire Blvd., Ste. 1800<br>Los Angeles, CA 90036-5653<br>Telephone: (818) 216-3988<br>Fax: (213) 402-5034<br>E-mail: paul.beard@fisherbroyles.com<br><br>*Counsel for Defendant-Intervenor States of Alabama, Alaska, Arizona ex rel. the Arizona Game and Fish Commission, Arkansas, Idaho, Kansas, Missouri, Montana, Nebraska, North Dakota, Utah, West Virginia, and Wyoming* |
| L. John LeSueur<br>*Assistant Attorney General*<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004<br>Telephone: (602) 542-0640<br>E-mail: John.LeSueur@azag.gov<br><br>*Counsel for Defendant-Intervenor State of Arizona ex rel. Ariz. Game & Fish Commission* | David Dewhirst<br>*Solicitor General*<br>MONTANA DEPARTMENT OF JUSTICE<br>215 N. Sanders St., P.O. Box 201401<br>Helena, MT 59620-1401<br>Telephone: (406) 444-3602<br>Fax: (406) 444-2026<br>E-mail: david.dewhirst@mt.gov<br><br>*Counsel for Defendant-Intervenor State of Montana* |

| | |
|---|---|
| Jeffrey A. Chanay<br>*Chief Deputy Attorney General*<br>OFFICE OF THE KANSAS ATTORNEY GENERAL<br>120 SW Tenth Avenue<br>Topeka, KS 66612-1597<br>Telephone: (785) 296-2215<br>Fax: (785) 291-3767<br>E-mail: jeff.chanay@ag.ks.gov<br><br>*Counsel for Defendant-Intervenor*<br>*State of Kansas* | Justin D. Lavene<br>*Assistant Attorney General*<br>Carlton Wiggam<br>*Assistant Attorney General*<br>OFFICE OF THE NEBRASKA ATTORNEY GENERAL<br>2115 State Capitol<br>Lincoln, NE 68509<br>Telephone: (402) 471-2682<br>E-mail: justin.lavene@nebraska.gov<br>          carlton.wiggam@nebraska.gov<br><br>*Counsel for Defendant-Intervenor*<br>*State of Nebraska* |

Private Landowner Defendant-Intervenors are represented by:

| | |
|---|---|
| Charles T. Yates<br>Damien M. Schiff<br>PACIFIC LEGAL FOUNDATION<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>Telephone: (916) 419-7111<br>Fax: (916) 419-7747<br>E-mail: cyates@pacificlegal.org<br>          dschiff@pacificlegal.org<br><br>*Counsel for Private Landowner*<br>*Defendant-Intervenors:*<br><br>*Washington Cattlemen's Association*<br>*Pacific Legal Foundation*<br>*Kenneth Klemm*<br>*Beaver Creek Buffalo Co.* | |

Industry Defendant-Intervenors are represented by:

Christopher J. Carr
Navtej Singh Dhillon
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100
E-mail: chriscarr@paulhastings.com
        navidhillon@paulhastings.com

*Counsel for Industry Defendant-Intervenors:*

*American Farm Bureau Federation*
*American Forest Resource Council*
*American Petroleum Institute*
*Federal Forest Resource Coalition*
*National Alliance of Forest Owners*
*National Association of Home Builders*
*National Cattlemen's Beef Association*
*Public Lands Council*

Plaintiffs are represented by:

Clement Roberts
Daniel S. Guerra
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Fax: (415) 773-5759
E-mail: croberts@orrick.com
        dguerra@orrick.com

*Counsel for Plaintiff:*

*Animal Legal Defense Fund*

Federal Defendants are represented by:

| Coby H. Howell<br>U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>c/o U.S. Attorney's Office<br>1000 SW Third Avenue<br>Portland, OR 97204<br>Telephone: (503) 727-1023<br>Fax: (503) 727-1117<br>E-mail: coby.howell@usdoj.gov<br><br>*Counsel for Federal Defendants:*<br><br>*Deb Haaland, U.S. Secretary of the Interior*<br>*U.S. Fish and Wildlife Service*<br>*Gina Raimondo, U.S. Secretary of Commerce*<br>*National Marine Fisheries Service* | Michael R. Eitel<br>U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>999 18th Street, South Terrace 370<br>Denver, CO 80202<br>Telephone: (303) 844-1479<br>Fax: (303) 844-1350<br>E-mail: Michael.eitel@usdoj.gov<br><br>*Counsel for Federal Defendants:*<br><br>*Deb Haaland, U.S. Secretary of the Interior*<br>*U.S. Fish and Wildlife Service*<br>*Gina Raimondo, U.S. Secretary of Commerce*<br>*National Marine Fisheries Service* |