UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND<br><br>PLAINTIFF,<br><br>v.<br><br>DEB HAALAND, U.S. Secretary of the Interior, *et al.*,<br><br>DEFENDANTS,<br><br>and<br><br>STATE OF ALABAMA, *et al.*,<br><br>DEFENDANT-INTERVENORS. | Case No. 4:19-cv-06812-JST<br><br>Related Cases:  No. 4:19-cv-05206-JST<br>                               No. 4:19-cv-06013-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION FOR STAY PENDING APPEAL** |

Upon due consideration and for good cause shown, the Court GRANTS the Defendant-Intervenors' Motion for Stay Pending Appeal and ORDERS that this Court's Order Granting Motion to Remand and Vacating Challenged Regulations, ECF 131, is hereby STAYED pending resolution of an appeal to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: _____, 2022

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE