NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
DYLAN C. REDOR (SBN 338136)
dylanredor@paulhastings.com
WILL GRAY (SBN 325657)
willgray@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7070

Attorneys for Industry Defendant-Intervenors
AMERICAN FARM BUREAU FEDERATION, et al.
(refer to signature page for complete list of parties represented)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>DEB HAALAND, U.S. Secretary of the Interior, et al.,<br><br>    Defendants,<br><br>STATE OF ALABAMA, et al.<br><br>    Defendant-Intervenors. | Case No. 4:19-cv-06812-JST<br><br>Related Case: No. 4:19-cv-05206-JST<br>Related Case: No. 4:19-cv-06013-JST<br><br>**INDUSTRY INTERVENORS' NOTICE OF APPEAL**<br><br>Date:      TBA<br>Time:      TBA<br>Courtroom:  6, 2nd floor<br>Judge:     Hon. Jon S. Tigar |

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Industry Intervenors—American Farm Bureau Federation, American Forest Resource Council, American Petroleum Institute, Federal Forest Resource Coalition, National Alliance of Forest Owners, National Association of Home Builders, National Cattlemen's Beef Association, and Public Lands Council—hereby appeal to the United States Court of Appeals for the Ninth Circuit from (1) this Court's Order Granting Motion to Remand and Vacating Challenged Regulations, ECF No. 131, entered on July 5, 2022; and (2) this Court's Final Judgment, ECF No. 132, entered on July 5, 2022.  A representation statement is attached.

Respectfully submitted,

DATED:  July 21, 2022

PAUL HASTINGS LLP

By: _____/s/ Christopher J. Carr_____
CHRISTOPHER J. CARR

Attorneys for Industry Defendant-Intervenors

AMERICAN FARM BUREAU FEDERATION; AMERICAN FOREST RESOURCE COUNCIL; AMERICAN PETROLEUM INSTITUTE; FEDERAL FOREST RESOURCE COALITION; NATIONAL ALLIANCE OF FOREST OWNERS; NATIONAL ASSOCIATION OF HOME BUILDERS; NATIONAL CATTLEMEN'S BEEF ASSOCIATION; and PUBLIC LANDS COUNCIL.

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, Industry Intervenors—American Farm Bureau Federation, American Forest Resource Council, American Petroleum Institute, Federal Forest Resource Coalition, National Alliance of Forest Owners, National Association of Home Builders, National Cattlemen's Beef Association, and Public Lands Council—hereby submit the following representation statement:

Industry Intervenors are represented by:

| | |
|---|---|
| Christopher J. Carr<br>Navtej Singh Dhillon<br>PAUL HASTINGS LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 856-7000<br>Fax: (415) 856-7100<br>E-mail: chriscarr@paulhastings.com<br>        navidhillon@paulhastings.com<br><br>*Counsel for Industry Defendant-Intervenors:*<br><br>*American Farm Bureau Federation*<br>*American Forest Resource Council*<br>*American Petroleum Institute*<br>*Federal Forest Resource Coalition*<br>*National Alliance of Forest Owners*<br>*National Association of Home Builders*<br>*National Cattlemen's Beef Association*<br>*Public Lands Council* | |

State Defendant-Intervenors are represented by:

| | |
|---|---|
| Edmund G. LaCour Jr.<br>*Solicitor General*<br>James W. Davis<br>*Deputy Attorney General*<br>A. Barrett Bowdre<br>*Deputy Solicitor General*<br>OFFICE OF THE ALABAMA ATTORNEY GENERAL<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130<br>Telephone: (334) 353-2196<br>Fax: (334) 353-8400<br>E-mail: edmund.lacour@AlabamaAG.gov<br>    jim.davis@AlabamaAG.gov<br>    barrett.bowdre@AlabamaAG.gov<br><br>*Counsel for Defendant-Intervenor State of Alabama* | Paul Beard II<br>FISHER BROYLES LLP<br>5670 Wilshire Blvd., Ste. 1800<br>Los Angeles, CA 90036-5653<br>Telephone: (818) 216-3988<br>Fax: (213) 402-5034<br>E-mail: paul.beard@fisherbroyles.com<br><br>*Counsel for Defendant-Intervenor States of Alabama, Alaska, Arizona ex rel. the Arizona Game and Fish Commission, Arkansas, Idaho, Kansas, Missouri, Montana, Nebraska, North Dakota, Utah, West Virginia, and Wyoming* |
| L. John LeSueur<br>*Assistant Attorney General*<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004<br>Telephone: (602) 542-0640<br>E-mail: John.LeSueur@azag.gov<br><br>*Counsel for Defendant-Intervenor State of Arizona ex rel. Ariz. Game & Fish Commission* | David Dewhirst<br>*Solicitor General*<br>Jeremiah Langston<br>*Assistant Attorney General*<br>MONTANA DEPARTMENT OF JUSTICE<br>215 N. Sanders St., P.O. Box 201401<br>Helena, MT 59620-1401<br>Telephone: (406) 444-3602<br>Fax: (406) 444-2026<br>E-mail: david.dewhirst@mt.gov<br>    jeremiah.langston@mt.gov<br><br>*Counsel for Defendant-Intervenor State of Montana* |
| Jeffrey A. Chanay<br>*Chief Deputy Attorney General*<br>OFFICE OF THE KANSAS ATTORNEY GENERAL<br>120 SW Tenth Avenue<br>Topeka, KS 66612-1597<br>Telephone: (785) 296-2215<br>Fax: (785) 291-3767<br>E-mail: jeff.chanay@ag.ks.gov<br><br>*Counsel for Defendant-Intervenor State of Kansas* | Justin D. Lavene<br>*Assistant Attorney General*<br>Carlton Wiggam<br>*Assistant Attorney General*<br>OFFICE OF THE NEBRASKA ATTORNEY GENERAL<br>2115 State Capitol<br>Lincoln, NE 68509<br>Telephone: (402) 471-2682<br>E-mail: justin.lavene@nebraska.gov<br>    carlton.wiggam@nebraska.gov<br><br>*Counsel for Defendant-Intervenor State of Nebraska* |

Private Landowner Defendant-Intervenors are represented by:

Charles T. Yates
Damien M. Schiff
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
E-mail: cyates@pacificlegal.org
   dschiff@pacificlegal.org

*Counsel for Private Landowner Defendant-Intervenors:*

*Washington Cattlemen's Association*
*Pacific Legal Foundation*
*Kenneth Klemm*
*Beaver Creek Buffalo Co.*

Plaintiffs are represented by:

Clement Roberts
Daniel S. Guerra
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Fax: (415) 773-5759
E-mail: croberts@orrick.com
   dguerra@orrick.com

*Counsel for Plaintiffs:*

*Animal Legal Defense Fund*

Federal Defendants are represented by:

| | |
|---|---|
| Coby H. Howell<br>U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>c/o U.S. Attorney's Office<br>1000 SW Third Avenue<br>Portland, OR 97204<br>Telephone: (503) 727-1023<br>Fax: (503) 727-1117<br>E-mail: coby.howell@usdoj.gov<br><br>*Counsel for Federal Defendants:*<br><br>*Deb Haaland, U.S. Secretary of the Interior*<br>*U.S. Fish and Wildlife Service*<br>*Gina Raimondo, U.S. Secretary of Commerce*<br>*National Marine Fisheries Service* | Michael R. Eitel<br>U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>999 18th Street, South Terrace 370<br>Denver, CO 80202<br>Telephone: (303) 844-1479<br>Fax: (303) 844-1350<br>E-mail: Michael.eitel@usdoj.gov<br><br>*Counsel for Federal Defendants:*<br><br>*Deb Haaland, U.S. Secretary of the Interior*<br>*U.S. Fish and Wildlife Service*<br>*Gina Raimondo, U.S. Secretary of Commerce*<br>*National Marine Fisheries Service* |