TODD KIM, Assistant Attorney General
MEREDITH L. FLAX, Assistant Section Chief
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HAALAND, et al.,<br><br>Federal Defendants. | Case. No. 4:19-cv-06013-JST<br>Related Cases: 4:19-cv-05206-JST<br>4:19-cv-06812-JST<br><br>**SEVENTH DECLARATION OF GARY D. FRAZER**<br><br>Judge: The Honorable Jon S. Tigar |

I, Gary D. Frazer, declare that the following statements are true and correct to the best of my knowledge and belief.

1.    I am the Assistant Director for the Ecological Services Program of the U.S. Fish and Wildlife Service ("FWS"), an agency of the U.S. Department of the Interior ("DOI"), located in Washington, D.C. In my capacity as Assistant Director, I am responsible to the Director of the FWS and to the Secretary of the Interior for the administration of the Endangered Species Act ("ESA"), including development of regulations and policies related to ESA implementation such as the final rules challenged in these related cases, 84 Fed. Reg. 45020 ("Section 4 Rule"); 84

Fed. Reg. 44753 ("Section 4(d) Rule"); 84 Fed. Reg. 44976 ("Section 7(a)(2) Rule") (collectively "2019 ESA Rules").

2.    As I explained in my Sixth Declaration, dated October 14, 2022, FWS and the National Marine Fisheries Service ("NMFS") had made significant progress on draft proposals to revise the 2019 ESA Rules and I anticipated that the Services could submit draft proposed rules to the Office of Management and Budget ("OMB") in early February 2023 and proposed rules to the Federal Register in mid-May 2023. I also stated that, if the proposed rules were published in May 2023, I anticipated that the Services could submit final rules to the Federal Register by May 2024.

3.    The Services submitted the draft proposed rules to OMB on February 21, 2023. The rules were accepted by OMB on March 7, 2023. *See* https://www.reginfo.gov/public/jsp/EO/eoDashboard.myjsp (last visited March 13, 2023). The Services will endeavor to adhere to the schedule in my October 2022 declaration and submit the proposed rules to the Federal Register in mid-May 2023. However, due to the delay mentioned above, and because it is uncertain whether OMB will take 90 days from the date it accepted the rules to conclude its review under E.O. 12866, it is possible that the Services may not be able to submit the proposed rules to the Federal Register until mid-June 2023. If the proposed rules are published in June 2023, the Services will still endeavor to submit final rules to the Federal Register by May 2024.

Seventh Declaration of Gary D. Frazer, 4:19-cv-06013-JST                                          2

This declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Executed in _____, on this ___ day of March 2023.

_____
Gary D. Frazer
Assistant Director
Ecological Services Program

Seventh Declaration of Gary D. Frazer, 4:19-cv-06013-JST                                     3